**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2017



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION | No. 1:09-md-02017-LAK-GWG |
| Relates to All Matters | **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, I, Steven B. Singer, former partner with the law firm Bernstein Litowitz Berger & Grossmann LLP, attorney for Co-Lead Counsel for Plaintiffs and the Settlement Class in the above–entitled action, hereby withdraw as an attorney of record, as I am no longer associated with Bernstein Litowitz Berger & Grossmann LLP. Bernstein Litowitz Berger & Grossmann LLP will continue to serve as Counsel of record to Co-Lead Counsel for Plaintiffs and the Settlement Class in the above-referenced matter. I hereby request that my name and email address be removed from the case's official docket.

Dated: August 9, 2017

Respectfully submitted,

By: /s/ Steven B. Singer
Steven B. Singer, Esq.
ssinger@saxenawhite.com

Saxena White P.A.
4 West Red Oak Lane, Suite 312
White Plains, New York 10604
(914) 437-8576 (phone)
(914) 224-5441 (fax)

**MEMO ENDORSED**

Approved

SO ORDERED
LEWIS A. KAPLAN, USDJ  9/17/17